UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA                                                   PLAINTIFF

v.                          CASE NO. 2:20-CV-00233-BSM

TRIPLE E CONSTRUCTION, INC.                                              DEFENDANT

## ORDER

The government's motion to dismiss [Doc. No. 4] is granted and the case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of September, 2023.

                                                                                _____
                                                                                UNITED STATES DISTRICT JUDGE