UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**UNITED STATES OF AMERICA**                                                                  **PLAINTIFF**

v.                              **CASE NO. 2:20-CV-00233-BSM**

**TRIPLE E CONSTRUCTION, INC.**                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 1st day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE